## WILLIS v. PRUDENTIAL INSURANCE COMPANY OF AMERICA

No. 70–5344.   Argued February 28, 1972—Decided March 20, 1972

*E. Freeman Leverett* argued the cause and filed a brief for petitioner.

*A. Felton Jenkins, Jr.,* argued the cause for respondent.   With him on the brief was *Woodrow W. Lavender.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE POWELL took no part in the consideration or decision of this case.